## Carver *against* Tracy.

ALBANY,
August, 1808.

**ON** *certiorari.* The suit before the justice was for one dollar, had and received to the use of the plaintiff. The defendant said that he had received a dollar of the plaintiff, but it was his due. On this declaration, the justice, without further evidence, decided that the plaintiff was entitled to recover, and that the defendant must prove the debt he claimed.

*Gold*, for the plaintiff in error.

*Henry*, contra.

*Per Curiam.* The justice was manifestly wrong. The whole conversation of the defendant must be taken together. The plaintiff could not take one part, and reject the other. What was said by the defendant, taken together, was a denial of the demand of the plaintiff, who was bound to prove it.

Judgment reversed.

Where a defendant, in a suit before a justice for money had and received, admitted that he received the money of the plaintiff, but that it was his due, and the justice thereupon gave judgment for the plaintiff, it was held to be erroneous. The whole declaration of the defendant should be taken together, and in this case was, substantially, a denial of the plaintiff's demand.